UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SONNY'S FRANCHISE CO.,

    Plaintiff,

v.                                      CASE NO: 8:05-cv-1899-T-23TGW

TRICOR, INC.,

    Defendant.
_____/

## **ORDER**

The plaintiff's notice of voluntary dismissal with prejudice (Doc. 8) is **APPROVED**. Pursuant to Rule 41(a), Federal Rules of Civil Procedure, this action is **DISMISSED WITH PREJUDICE**. The Clerk is directed to terminate any pending motion and close the case.

ORDERED in Tampa, Florida, on November 19, 2005.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc:    US Magistrate Judge
        Courtroom Deputy